**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASTELLY SAINTILUS DESVARIEUX,<br>Petitioner,<br>v.<br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br>Respondent. | Case No. 1:26-cv-06678 JLT FJS<br>A-No.: 240-227-582<br>ORDER DECLINING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL<br>(Doc. 7) |

Castelly Saintilus Desvarieux is an immigration detainee proceeding with a petition for writ of habeas corpus to 28 U.S.C. § 2241. (Doc. 1.) The magistrate judge recommended dismissal upon finding that an order of removal was issued against Petitioner and no appeal was filed with the Board of Immigration Appeals. (Doc. 7 at 2.) The magistrate judge found that given the lack of an appeal, "Petitioner is currently subject to the 90-day removal period set forth in § 1231(a)(1)(A)." (*Id.* at 3.)

After the Court issued the Findings and Recommendations on October 2, 2026, Petitioner filed a "Notice of Supplemental Information Regarding BIA Appeal," reporting contrary to the magistrate judge's findings, an appeal had been submitted. (Doc. 8.) In support of this assertion, Petitioner submitted a "Filing Receipt for Appeal" from the U.S. Department of Justice, indicating that an appeal was received on September 24, 2026. (*Id.* at 3.) This information is also

now reflected on the website of the Executive Office for Immigration Review, which similarly indicates that Petitioner submitted an appeal to the BIA on September 24, 2026, and this appeal is "currently pending."[1]

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings of the magistrate judge are not supported by the current record before the Court given the pending appeal. *See Torres-Casas v. Blanche,* 182 F.4th 1121, 1126 (9th Cir. 2026) (observing an order of removal is stayed while an appeal is pending before the BIA, and "the agency's decision becomes administratively final and legally effective" after the BIA issues its decision). Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 1, 2026 (Doc. 6) are declined.
2. The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: _November 2, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

[1] Because judicial notice may be taken of information posted on an official government website, the Court takes judicial notice of the information available on the EOIR Automated Case Information website related to Petitioner. *See Daniels-Hall v. Nat'l Educ. Assoc.*, 629 F.3d 992, 998-999 (9th Cir. 2010); Fed. R. Evid. 201.